1  WILLIAM J. PETERS (SBN: 104787)
   MARK S. POSARD (SBN: 208790)
2  GORDON & REES LLP
   655 University Avenue, Suite 200
3  Sacramento, California 95825
   Telephone: (916) 565-2900
4  Facsimile: (916) 920-4402

5  MICHAEL L. SNYDER (Ohio SBN: 0040990)
   DAVID B. CUPAR (Ohio SBN: 0071622)
6  McDONALD HOPKINS CO., LPA
   600 Superior Avenue, East, Suite 2100
7  Cleveland, OH 44114-2653
   Telephone: (216) 348-5400
8  Facsimile: (216) 348-5474 David B. Cupar

9  Attorneys For: Defendant TRIMAS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOO JAIN, | CASE NO. CIV. S-04-889 FCD PAN |
| Plaintiff, | |
| v. | ORDER RE EXTENSION OF LAST DAY TO HEAR DISPOSITIVE MOTIONS |
| TRIMAS CORPORATION, | "AS MODIFIED" |
| Defendant. | |

IT IS HEREBY ORDERED, based upon good cause showing and a stipulation between the parties, and in light of plaintiff's Motion to Stay Proceedings set for hearing on September 23, 2005, the cut-off date for this Court to hear dispositive motions, currently set for August 12, 2005, is extended to December 2, 2005. As a result of this extension the final pretrial conference is RESET to Friday, February 10, 2006 at 2:30 p.m. The joint pretrial statement shall be filed on or before February 3, 2006. The jury trial is RESET to Tuesday, April 18, 2006 at 9:00 a.m.

DATED: August 15, 2005           /s/ Frank C. Damrell Jr.

                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER RE EXTENSION OF LAST DAY TO HEAR DISPOSITIVE MOTIONS
CIV. S-04-889 FCD PAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, California  95825

MHCO\1018248\21936.1

-2-
[PROPOSED] ORDER RE EXTENSION OF LAST DAY TO HEAR DISPOSITIVE MOTIONS
CIV. S-04-889 FCD PAN